UNITED STATES DISTRICT COURT

**RECEIVED**

DISTRICT OF MINNESOTA

SEP 10 2024

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Isis Gipson                    Plaintiff(s),

vs.                                              Case No. _24-cv-3615 (JMB/JFD)_
                                                 (To be assigned by Clerk of District Court)

RJ, Elijah, Chad,
Sao, Huan, Bryant, Panya
Russel, Ben

DEMAND FOR JURY TRIAL

YES ☒    NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit. Please attach additional sheets
if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name                  Isis Gipson

   Street Address        3521 12th ave south Apt. 03

   County, City          Hennepin, Minneapolis

   State & Zip Code      MN, 55407

   Telephone Number      612-293-9652

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name     "RJ", first shift

      Street Address

      County, City   Hennepin *

      State & Zip Code  MN

   b. Defendant No. 2

      Name     Russel, second shift

      Street Address

      County, City   Hennepin *

      State & Zip Code  mN

   c. Defendant No. 3

      Name     Sao, second shift

      Street Address

      County, City   Hennepin *

      State & Zip Code  MN

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☒
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

\* − To the plaintiff's knowledge

2

Additional Defendants

d. Defendant No. 4

Huan, second shift

MN
e. Chad

MN
f. Elijah

MN
g. Bryant

MN
h. Danya
MN

JURISDICTION

Federal courts are courts of limited jurisdiction.  Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.  What is the basis for federal court jurisdiction?  *(check all that apply)*

    [X] Federal Question          [ ] Diversity of Citizenship

4.  If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue?  List all that apply.

    Title VII of Civil Rights Act of 1964 [42 U.S. Code § 2000e]
    Minnesota Human Rights Act (MHRA)

5.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?  Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                    State of Citizenship:

    Defendant No. 1:                   State of Citizenship:

    Defendant No. 2:                   State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** [ ]

6.  What is the basis for venue in the District of Minnesota?  *(check all that apply)*

    [ ] Defendant(s) reside in Minnesota   [X] Facts alleged below primarily occurred in Minnesota

    [ ] Other:  explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim.  The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed.  Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. Sex Harassment and discrimination - Named alleged harassers made humiliating comments to plaintif daily " wash herself." in the clean room located where we work onsite.

8. Retaliation - Plaintiff was retaliated against by intimidation, noise campaigns, and emotional bullying.

9. Defamation of Character

10. Profiled, Onsite Picketing

Resulted in Plaintiff being constructively terminated, thus wrongfully terminated.
* - comments were more vulgar than alleged.

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Settlement of $96,410.00 t.) provide positive future job references.

2.) A public apology from the alleged harassers (written individually).

3.) Institute more training related to Psychological Abuse and Sexual Harassment.

4.) If applicable, waiver of sender's responsibility of any and all legal fees accrued by the recipient regarding this dispute.

Signed this _____ day of _Tuesday, September 10th, 2024_

Signature of Plaintiff _Corio Gipson_

Mailing Address _3521 12th ave South apt. 03_

Telephone Number _612 -293 -9652_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5